**CASE NO. 14-6148**

IN THE UNITED STATE COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CUDD PRESSURE CONTROL, INC. | ) |
| | ) |
|     Plaintiff – Appellant, | ) |
| | ) |
|     v. | ) |
| | ) |
| NEW HAMPSHIRE INSURANCE | ) |
| COMPANY and NATIONAL UNION | ) |
| FIRE INSURANCE COMPANY OF | ) |
| PITTSBURGH, PA, | ) |
| | ) |
|     Defendants – Appellees. | ) |

On Appeal from the United States District Court
For the Western District of Oklahoma
The Honorable Timothy D. DeGiusti
D.C. No. 5:12-cv-01178-D

**APPELLANT'S MOTION TO SUPPLEMENT THE APPENDIX**

Pursuant to Fed. R. App. P. 27 and Tenth Circuit Rule 30.1(C)(4), Plaintiff – Appellant Cudd Pressure Control, Inc., moves the Court to Supplement the Record on Appeal by including eighteen pages of documents that were filed under seal in the Western District of Oklahoma, but which were omitted from the Appendix in support of Plaintiff – Appellant's Opening Brief.

1

Included at Vol. III, 856-868 of the Appendix, is the Notice of Filing Sealed Documents filed in the Western District of Oklahoma. [Western District Docket Sheet, Docs. 83-84; *see also,* entry for Doc. 86; Exhibit 1 hereto].

In its Order of February 6, 2014, the Honorable Timothy D. DeGiusti ruled that Defendants – Appellees waived the attorney-client privilege through inadvertent production of the privileged documents. [Doc. 130 – at p. 7, Exhibit 2 hereto]. The documents, therefore, are no longer under seal. Because they were filed under seal in the District Court, however, (Vol. III, 856-868), Cudd inadvertently omitted them from the Appendix to its Opening Brief and now seeks to supplement its Appendix. In an abundance of caution, Cudd submits the eighteen (18) pages under seal in this Court via overnight mail. The additional documents are bates-labeled "001270.UNDER SEAL – 001287. UNDER SEAL."

## **CERTIFICATE OF CONFERENCE**

Counsel for Cudd has conferred with Michael A. Yanof, counsel for Defendants – Appellants, and is authorized to state that he objects to this Motion.

WHEREFORE, Plaintiff – Appellant Cudd Pressure Control, Inc., moves the Court to Supplement the Record on Appeal by including eighteen pages of documents that were filed under seal in the Western District of Oklahoma, but which were omitted from the record on appeal.

2

        Respectfully submitted,


     s/ Larry G. Cassil, Jr.
Richard E. Hornbeek, OBA # 10855
Larry G. Cassil, Jr., OBA #14694
B. Taylor Clark, OBA #22524
HORNBEEK VITALI & BRAUN P.L.L.C.
3711 N. Classen Blvd.
Oklahoma City, OK 73118
Hornbeek@hvblaw.com
Cassil@hvblaw.com
Clark@hvblaw.com
(405) 236-8600 Telephone
(405) 236-8602 Facsimile

***Attorneys for Plaintiff–Appellant***
***Cudd Pressure Control, Inc.***


**CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS**

    I hereby certify that a copy of the foregoing **APPELLANT'S MOTION TO SUPPLEMENT THE APPENDIX**, AS SUBMITTED IN Digital Form via the court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with Avast! Antivirus, Version 2015.10.22218, Virus Definition Version 150429-1, and according to the program, is free of viruses.  and according to the program, is free of viruses.  In addition, I certify all required privacy redactions have been made.


     s/ Larry G. Cassil, Jr.
*Attorney for Plaintiff, Cudd*
*Pressure Control, Inc.*

# CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of April, 2015, I electronically transmitted this document to the Clerk of Court using the ECF System and overnight mail. Based on the records on file, the Clerk of this Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ellen Van Meir
Linda M. Szuhy
Michael A. Yanof
Cassie J. Dallas
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
evanmeir@thompsoncoe.com
lszuhy@thompsoncoe.com

    -and-

William D. Perrine, OBA # 11955
Reagan L. Madison Fort, OBA # 20761
Perrine, Redemann, Berry, Taylor & Sloan, P.L.L.C.
P.O. Box 1710
Tulsa, OK 74101-1710
Phone: (918) 382-1411
Fax: (918) 382-1499
wperrine@pmrlaw.net
rmadison@pmrlaw.net

*Attorneys for Defendants – Appellees*

                                         s/ Larry G. Cassil, Jr.
                                         Larry G. Cassil, Jr.